# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROOBEN'S SONS INCORPORATED, )<br>)<br>Defendant. )<br>)<br>_____) | Case : 1:07-cv-02218<br>(RMU) |

## NOTICE OF CHANGE OF ADDRESS

The Court will please take notice of, and make changes in its records including the Court's Case Management/ECF system records, of the change of address of undersigned counsel, who represents Defendant Rooben's Sons Incorporated in the above-captioned matter. Effective as of January 1, 2008, the firm affiliation, address, and telephone and similar contact information of Jeffrey L. Squires, D.C. Bar No. 185827, is as follows:

> Jeffrey L. Squires
> SquiresLaw, PLLC
> 1850 M Street, N.W.
> Suite 280
> Washington, D.C.  20036-5804
> Telephone (202) 223-4500
> Facsimile (202) 331-0726
> Email: jsquires@squireslawusa.com

> Respectfully submitted,

> _____/s/_____
> Jeffrey L. Squires