THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., ) <br> A California corporation ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROOBEN'S SONS INCORPORATED, a ) <br> District of Columbia corporation, d/b/a SHOE ) <br> GALLERY and DOES 1-10, ) <br> ) <br> Defendants. ) | Case No.: 1:07-cv-02218 (RMU) |

## MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Civil Local Rules for the United States Court for the District of Columbia, the undersigned moves for the admission of Stephen M. Gaffigan for the purpose of appearing as counsel on behalf of the Plaintiff, Lifted Research Group, Inc. ("LRG") in the above-styled action only. Counsel met and conferred on May 5, 2008, via e-mail and counsel for the Defendant, Mr. Squires has no objection to this Motion. The grounds for this Motion are as follows:

1. Mr. Gaffigan is an active member in good standing of the Bar of the State of Florida, and is admitted to practice in the United States District Courts for the Southern and Middle Districts of Florida, Eastern District of Michigan as well as the Federal Circuit Court of Appeals and the Eleventh Circuit Court of Appeals. (Declaration of Stephen M. Gaffigan ("Gaffigan Decl."), submitted herewith, ¶ 3).

2. Mr. Gaffigan has never been disciplined as a member of the bar of any jurisdiction in which he is admitted. (Gaffigan Decl. ¶ 4).

3. Mr. Gaffigan is familiar with LRG and the issues in this lawsuit. Mr. Gaffigan's appearance and participation in this matter as counsel with Paul Grandinetti of Levy & Grandinetti is necessary for the proper and effective representation of LRG. (Gaffigan Decl. ¶ 2).

4. Mr. Gaffigan has the address of: Stephen M. Gaffigan, P.A., 312 Southeast 17th Street, Second Floor, Ft. Lauderdale, Florida, 33316. (Gaffigan Decl. ¶ 1).

5. Mr. Gaffigan has not been admitted to practice *pro hac vice* in the District of Columbia at any time in the past two years. (Gaffigan Decl. ¶ 5).

Dated this 5th day of May, 2008.

                                              Respectfully submitted

                                              LEVY & GRANDINETTI

                                              Counsel for Plaintiff
                                              South Tower, Suite 750
                                              1120 Twentieth Street, N.W.
                                              Washington, D.C. 20036
                                              Telephone (202) 429-4560
                                              Facsimile (202) 429-4564

                                              By: /s/ Paul Grandinetti
                                                   Paul Grandinetti
                                                   D.C. Bar No. 384,996

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*** was served this date by the Court's ECF system on counsel for Defendant's attorney as follows:

>Mr. Jeffrey Squires
>SQUIRESLAW, PLLC
>1850 M Street, N.W.
>Suite 280
>Washington, D.C. 20036
>(202) 223-4500

_5 May 2008_____            /s/ Paul Grandinetti_____
Date                             Paul Grandinetti

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIFTED RESEARCH GROUP, INC., )
A California corporation )
)
       Plaintiff, )
v. ) Case No.: 1:07-cv-02218 (RMU)
)
ROOBEN'S SONS INCORPORATED, a )
District of Columbia corporation, d/b/a SHOE )
GALLERY and DOES 1-10, )
)
       Defendants. )

### DECLARATION OF STEPHEN M. GAFFIGAN

I, Stephen M. Gaffigan, pursuant to Civil Local Rule 83.2(d) declare and State as follows:

1. I am the owner of the law firm Stephen M. Gaffigan, P.A., 312 S.E. 17th Street, Second Floor, Ft. Lauderdale, FL 33316.

2. I am Lifted Research Group, Inc.'s intellectual property counsel in connection with its anti-counterfeiting matters in the United States. I have been retained by Lifted Research Group, Inc. in connection with this matter.

3. I am an active member in good standing of the Bar of the State of Florida, and am admitted to practice in the United States District Courts for the Southern and Middle Districts of Florida, Eastern District of Michigan as well as the Federal Circuit Court of Appeals and the Eleventh Circuit Court of Appeals.

4. I hereby certify that I have never been the subject of any disciplinary proceedings as a member of the bar in any jurisdiction in which I am admitted.

5. I have not been admitted *pro hac vice* in the District of Columbia at any time in the past two years.

6.  I do not have an office in the District of Columbia from which I engage in the practice of law, and do not have an application for membership of the bar of the District of Columbia pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

Dated this 30th day of April, 2008.

*Stephen M. Gaffigan*
Stephen M. Gaffigan

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., <br> A California corporation <br><br> Plaintiff, <br> v. <br><br> ROOBEN'S SONS INCORPORATED, a <br> District of Columbia corporation, d/b/a SHOE <br> GALLERY and DOES 1-10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )   Case No.: 1:07-cv-02218 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This cause came before the Court upon the Motion for Admission of Stephen M. Gaffigan to Appear *Pro Hac Vice* as counsel for the Plaintiff. The Court having reviewed the file, and being otherwise fully advised in the premises, does hereby ORDER AND ADJUDGE as follows:

1. The Motion for Admission to Appear *Pro Hac Vice* is **Granted**.

2. Stephen M. Gaffigan is hereby admitted *Pro Hac Vice* in this matter for the purpose of appearing as counsel for Plaintiff Lifted Research Group, Inc.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All parties/counsel of record