CO-386-online
10/03

# United States District Court
# For the District of Columbia

Lifted Research Group, Inc.  )
                             )
                             )
                             )
              Plaintiff      )    Civil Action No. 1:07-cv-02218
      vs                     )
                             )
Rooben's Sons Incorporated, et al. )
                             )
                             )
              Defendant      )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Lifted Research Group, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  LIFTED RESEARCH GROUP, INC., a private (non-governmental) party  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

384,996
BAR IDENTIFICATION NO.

Paul Grandinetti
Print Name

South Tower, Suite 750, 1120 Twentieth St., NW
Address

Washington, DC 20036
City            State           Zip Code

(202) 429-4560
Phone Number

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **CERTIFICATE RULE LcvR 7.1** was served this date by the Court's ECF system on counsel for Defendant's attorney as follows:

>Mr. Jeffrey Squires
>S<small>QUIRES</small>L<small>AW</small>, PLLC
>1850 M Street, N.W.
>Suite 280
>Washington, D.C. 20036
>(202) 223-4500

| | |
|---|---|
| _6 May 2008_ | _/s/ Paul Grandinetti_ |
| Date | Paul Grandinetti |