REFERRAL TO MAGISTRATE JUDGE

CATEGORY:    E

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | TRADEMARK INFRINGEMENT (LANHAM ACT) | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-2218 | DATE REFERRED:<br>5/6/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT DISCUSSIONS | JUDGE:<br>RICARDO M. URBINA | MAG. JUDGE<br>JOHM M. FACCIOLA |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| LIFTED RESEARCH GROUP, INC. | ROOBEN'S SONS INCORPORATED, et al. d/b/a SHOE GALLERY |

ENTRIES:

CASE REFERRED TO MAGISTRATE JUDGE FACCIOLA FOR SETTLEMENT CONFERENCE TO BE HELD ON 8/4/2008 AT 10:00 A.M.