# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., )<br>A California corporation )<br> )<br>      Plaintiff, )<br>  v. )<br> )<br>ROOBEN'S SONS INCORPORATED, a )<br>District of Columbia corporation, d/b/a SHOE )<br>GALLERY and DOES 1-10, )<br> )<br>      Defendants. ) | Case No.: 1:07-cv-02218 (RMU/JMF) |

## STIPULATION FOR ENTRY OF CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST THE DEFENDANT

Plaintiff, Lifted Research Group, Inc. ("LRG") and Defendant, Rooben's Sons Incorporated, a District of Columbia corporation, d/b/a Shoe Gallery ("Defendant"), hereby stipulate and agree to the entry of the Consent Final Judgment and Consent Permanent Injunction Against Defendant filed with this stipulation.

Dated this 7th day of July, 2008.

| | |
|---|---|
| LEVY & GRANDINETTI<br>South Tower, Suite 750<br>1120 Twentieth Street, N.W.<br>Washington, D.C. 20036<br>Telephone (202) 429-4560<br>Facsimile (202) 429-4564 | SQUIRESLAW, PLLC<br>1850 M Street, N.W.<br>Suite 280<br>Washington, D.C. 20036<br>Telephone (202) 223-4500<br>Facsimile (202) 331-0726<br>Email: JSquires@squireslawusa.com |
| /s/ Paul Grandinetti<br>Paul Grandinetti<br>Counsel for Plaintiff,<br>Lifted Research Group, Inc. | /s/ Jeffrey Squires<br>Jeffrey Squires<br>Counsel for Defendant<br>Rooben's Sons Incorporated |

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., )<br>A California corporation )<br> )<br>  Plaintiff, )<br> v. )<br> )<br>ROOBEN'S SONS INCORPORATED, a )<br>District of Columbia corporation, d/b/a SHOE )<br>GALLERY and DOES 1-10, )<br> )<br>  Defendants. )<br> ) | Case No.: 1:07-cv-02218 (RMU/JMF) |

## CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, this action having been commenced by the Plaintiff, Lifted Research Group, Inc. ("LRG") against Defendant, Rooben's Sons Incorporated, a District of Columbia corporation, d/b/a Shoe Gallery ("Rooben's" or "Defendant"), alleging *inter alia*, trademark infringement and counterfeiting, copyright infringement, and unfair competition, and the Plaintiff and the Defendant, without acknowledging having committed any legal violations, having resolved the Plaintiff's claims to each of their satisfaction;

IT IS STIPULATED, ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction of the subject matter of all counts of this action and over the named parties hereto.

2. LRG is the owner of all the rights in and to the following trademarks:

| Mark | Reg. No. | Date of Registration |
|---|---|---|
| LIFTED RESEARCH GROUP | 2,513,951 | December 4, 2001 |
| L R G | 2,633,832 | October 15, 2002 |



|  |  |  |
|---|---|---|
|  | 2,958,307 | May 31, 2005 |
|  | 2,506,859 | November 13, 2001 |

which are registered in International Class 25 and are used in connection with the manufacture and distribution of apparel including but not limited to button up shirts, tee shirts, blouses, pants, jackets, baseball caps, hats, knit caps, sweatshirts, jeans, and shorts (the "LRG Marks"). Additionally, LRG is the owner of United States Copyright Registration No. VA-1-348-151 (the "LRG Copyright").

3. The Defendant and its respective officers, agents, servants, employees, and all persons in active concert and participation therewith are hereby permanently restrained and enjoined from intentionally and/or knowingly:

    a. manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell counterfeit and/or infringing goods bearing the LRG Marks and/or the work protected by the LRG Copyright, and any substantially similar marks or works;

    b. using the LRG Marks and/or Copyright, or any marks or works substantially similar thereto, in connection with the sale of any unauthorized goods;

    c. using any trademark, trade dress, trade name, logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendant as being sponsored by, authorized by, endorsed by, or in any way associated with LRG;

    d. falsely representing itself as being connected with LRG, through sponsorship or association as defined in 15 U.S.C. § 1125(a).

    e.    engaging in any act as defined 15 U.S.C. § 1125(a) which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendant are in any way endorsed by, approved by, and/or associated with LRG;

    f.    using any reproduction, counterfeit, copy, or colorable imitation of the LRG Marks and/or the work protected by the LRG Copyright in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendant, including, without limitation, clothing products;

    g.    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent the Defendant's goods as being those of LRG, or in any way endorsed by LRG;

    h.    unfairly competing with LRG in accordance with 15 U.S.C. § 1125(a);

    i.    secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the LRG Marks and/or the LRG Copyright; and

    j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

4. Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and other relief deemed proper in the event of a violation or failure to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorney's fees and costs.

5. LRG's causes of action are hereby dismissed, with prejudice.

6. The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

7. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Stipulated Consent Permanent Injunction and Settlement Agreement between the parties.

8. If the Defendant has any counterfeit goods in its possession, it will promptly surrender them to Plaintiff's counsel to be destroyed under the direction of LRG.

SO STIPULATED:

Dated this 7th day of July, 2008.

        LEVY & GRANDINETTI
        South Tower, Suite 750
        1120 Twentieth Street, N.W.
        Washington, D.C. 20036
        Telephone (202) 429-4560
        Facsimile (202) 429-4564
        Email: mail@levygrandinetti.com

        /s/ Paul Grandinetti
        Paul Grandinetti
        Counsel for Plaintiff,
        Lifted Research Group, Inc.

        SQUIRESLAW, PLLC
        1850 M Street, N.W. Suite 280
        Washington, D.C. 20036
        Telephone (202) 223-4500
        Facsimile (202) 331-0726
        Email: JSquires@squireslawusa.com

        __/s/ Jeffrey Squires_____
        Jeffrey Squires
        Counsel for Defendant
        Rooben's Sons Incorporated

     DONE AND ORDERED this _____ day of _____, 2008 in the District of Columbia.

        _____
        RICARDO M. URBINA
        United States District Judge

Copies furnished to:
All counsel of record